IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDELBERG USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-601-UNA |
| ) | |
| SCREENTONE SYSTEMS CORPORATION, ) | |
| ACACIA PATENT ACQUISITION ) | |
| CORPORATION, ACACIA RESEARCH ) | |
| CORPORATION, and PAUL S. SNYPP, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF HEIDELBERG USA, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Heidelberg USA, Inc. discloses that Heidelberg USA, Inc. is indirectly held by Heidelberger Druckmaschinen AG via Heidelberg Americas Inc. (Wilmington, Delaware) which is a 100% affiliate of Heidelberg Druckmaschinen AG.

ASHBY & GEDDES

/s/ *Steven J. Balick*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-gedddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Counsel for Plaintiff,
Heidelberg USA, Inc.*

- 1 -

*Of Counsel*:

Morgan & Finnegan, L.L.P
John F. Sweeney
Steven F. Meyer
Tony V. Pezzano
3 World Financial Center
New York, NY 10281-2101
(212) 415-8700


Dated: October 2, 2007
184684.v1