IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDELBERG USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-601-*** |
| ) | |
| SCREENTONE SYSTEMS ) | |
| CORPORATION, ACACIA PATENT ) | |
| ACQUISITION CORPORATION, ) | |
| ACACIA RESEARCH CORPORATION, ) | |
| and PAUL S. SNYPP, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT**

WHEREAS, the deadline for Defendants to answer or otherwise respond to the Complaint for Declaratory Judgment (the "Complaint") is October 22, 2007;

WHEREAS, the Defendants desire additional time in order to prepare a thorough response to the Complaint.

IT IS HEREBY STIPULATED, by and between the parties, and subject to the approval of the Court, that the deadline for Defendants to answer or otherwise respond to the Complaint is extended until November 21, 2007.

| ASHBY & GEDDES | OBERLY, JENNINGS & RHODUNDA, P.A. |
|---|---|
| /s/ Steven J. Balick | /s/ Karen V. Sullivan |
| Steven J. Balick (No. 2114) | Karen V. Sullivan (No. 3872) |
| John G. Day (No. 2403) | 1220 Market Street, Suite 710 |
| Tiffany Geyer Lydon (No. 3950) | P.O. Box 2054 |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE 19899 |
| P.O. Box 1150 | (302) 576-2000 – Telephone |
| Wilmington, DE 19899 | (302) 576-2004 – Facsimile |
| (302) 654-1888 – Telephone | ksullivan@ojlaw.com |
| (302) 654-2067 – Fascimile | |
| sbalick@ashby-geddes.com | Attorneys for Defendants Screentone Systems |
| jday@ashby-geddes.com | Corporation, Acacia Patent Acquisition |
| tlydon@ashby-geddes.com | Corporation, Acacia Research Corporation and Paul S. Snypp |
| Attorneys for Plaintiff Heidelberg USA, Inc. | |

It is SO ORDERED this _____ day of October, 2007.

_____