IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDELBERG USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-601-*** |
| | ) | |
| SCREENTONE SYSTEMS CORPORATION, | ) | |
| ACACIA PATENT ACQUISITION | ) | |
| CORPORATION, ACACIA RESEARCH | ) | |
| CORPORATION, and PAUL S. SNYPP, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MAILING AS TO PAUL S. SNYPP

| | |
|---|---|
| STATE OF DELAWARE    ) | |
| | SS: |
| COUNTY OF NEW CASTLE    ) | |

Tiffany Geyer Lydon, having been duly sworn according to law, deposes and says as follows:

1.    I am an associate at the firm of Ashby & Geddes and am an attorney of record for Plaintiff Heidelberg USA, Inc.

2.    Upon information and belief, the address of defendant Paul S. Snypp is 31606 45th PL SW, Federal Way, Washington 98023.

3.    On October 1, 2007, I caused to be sent to defendant Paul S. Snypp via Registered Mail Return Receipt Requested, at the address indicated in Paragraph 2 above, a Notice consisting, among other things, of a copy of the process and complaint served upon the Delaware Secretary of State, and a statement that:

(a)    service of the original of such process has been made upon the Secretary of State; and

(b)    under the provisions of 10 *Del. C.* § 3104, such service is as effectual for all intents and purposes as if it had been made upon him personally within this state.

A copy of the foregoing Notice is attached hereto as Exhibit A.

4.    The registered mail receipt, which is attached to this Affidavit as Exhibit B, is the original of the return receipt executed by defendant Paul S. Snypp.

5.    The foregoing is true and correct to the best of my knowledge, information and belief.

_____
Tiffany Geyer Lydon

SWORN TO AND SUBSCRIBED before me this *16th* day of October 2007.

_____
Notary Public

185014.1

**DENICE M. FIORAVANTI**
**MY COMMISSION**
**EXPIRES**
**AUG. 9, 2010**
**NOTARY PUBLIC**
**STATE OF DELAWARE**

2

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HEIDELBERG USA, INC.,           )
                                      )
              Plaintiff,       )
                                      )
              v.               )       C.A. No. 07-601
                                      )
SCREENTONE SYSTEMS CORPORATION, )
ACACIA PATENT ACQUISITION        )
CORPORATION, ACACIA RESEARCH     )
CORPORATION, and PAUL S. SNYPP,   )
                                      )
              Defendants.   )

**NOTICE**

TO:    Paul S. Snypp
        31606 45th PL SW
        Federal Way, Washington 98023

PLEASE TAKE NOTICE that the enclosed complaint is being served upon the Delaware

Secretary of State pursuant to 10 *Del. C.* § 3104.  Under the provisions of 10 *Del. C.* § 3104,

such service is as effectual to all intents and purposes as if made personally upon you within this

state.

ASHBY & GEDDES

_(signature)_

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff*

*Of Counsel:*

Morgan & Finnegan, L.L.P
John F. Sweeney
Steven F. Meyer
Tony V. Pezzano
3 World Financial Center
New York, NY 10281-2101
(212) 415 8700

Dated: October 1, 2007
184624.1

# EXHIBIT B

| Registered No. | | | Date Stamp |
|---|---|---|---|
| RA 122 365 779 US | | | |

| | Reg. Fee $ 9.50 | Special $ Delivery |
|---|---|---|
| To Be Completed By Post Office | Handling $ Charge | Return $ 2.15 Receipt |
| | Postage $ 2.67 | Restricted $ Delivery |
| | Received By | |

Domestic Insurance is Limited To $25,000. International Indemnity is Limited To $ (See Reverse)

Customer Must Declare Full Value $ 0

☐ With Postal Insurance
☒ Without Postal Insurance

FROM
Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

TO
Paul S. Snypp
31606 45th PL SW
Federal Way, Washington  98023

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form **3806,** June 2000

**Receipt for Registered Mail**   (Customer Copy)
(See Information on Reverse)

(TGL)

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul S. Snypp
31606 45th PL SW
Federal Way, Washington 98023

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Paul S. Snypp*      ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
*Paul S. Snypp*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☒ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☒ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)    RA 122 365 779 US

PS Form **3811,** February 2004       Domestic Return Receipt       102595-02-M-1540