AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of  Delaware

HEIDELBERG USA, INC.,

        Plaintiff,

V.

SCREENTONE SYSTEMS CORPORATION,
ACACIA PATENT ACQUISITION CORPORATION,
ACACIA RESEARCH CORPORATION, and
PAUL S. SNYPP,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  0 7 - 6 0 1

TO: (Name and address of Defendant)
Screentone Systems Corporation
c/o Registered Agent Solutions, Inc. (registered agent)
32 West Loockerman Street, Suite 201
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

October 1, 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE October 12, 2007 | |
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Unsecured Asset Solutions 32 Loockerman St Ste 201 Dover DE 19904. Service accepted by Sharona T. Foxley at 10:36 Am.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 10-12-07
Date

Signature of Server: *Edward J Jones I*

Address of Server: 15 East North Street Dover DE 19901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.