AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of Delaware

HEIDELBERG USA, INC.,

              Plaintiff,

V.

SCREENTONE SYSTEMS CORPORATION,
ACACIA PATENT ACQUISITION CORPORATION,
ACACIA RESEARCH CORPORATION, and
PAUL S. SNYPP,

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 - 601

TO: (Name and address of Defendant)
Acacia Patent Acquisition Corporation
c/o Registered Agent Solutions, Inc. (registered agent)
32 West Loockerman Street, Suite 201
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

October 1, 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | October 1, 2007 |
| NAME OF SERVER (PRINT)  Edward Jones | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Personally served Acacia Patent Acquisition Corporation by serving its registered agent at the address indicated on the front of this summons.</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 10/1/07
Date

Signature of Server

*Address of Server*
Parcels, Inc.
230 N. Market Street
Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.