# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDELBERG USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-601-GMS-LPS |
| | ) | |
| SCREENTONE SYSTEMS CORPORATION, ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, and PAUL S. SNYPP, | ) ) ) ) ) | |
| Defendants. | ) | |
| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-602-GMS-LPS |
| | ) | |
| SCREENTONE SYSTEMS CORPORATION, ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, and PAUL S. SNYPP, | ) ) ) ) ) | |
| Defendants. | ) | |

## UNOPPOSED ORDER STAYING PROCEEDINGS

On this _____ day of _____, 2008, the Court having considered the parties' agreement to stay all proceedings until the time that the Judicial Panel on Multidistrict Litigation rules on the pending motion filed by Canon U.S.A., Inc., Eastman Kodak Company, Panasonic Corporation of North America, Ricoh Americas Corporation, Kyocera Mita America, Inc. and Konica Minolta Business Solutions, Inc. in *In re: Halftone Color Separations ('809) Patent Litigation,* MDL No. 1926 and finding

1

that good cause exists for the granting of the same, IT IS HEREBY ORDERED as follows:

All proceedings in the above-captioned actions are stayed pending receipt by the Court of the decision by the Judicial Panel on Multidistrict Litigation in *In re: Halftone Color Separations ('809) Patent Litigation*, MDL No. 1926. Counsel for Konica Minolta Business Solutions, Inc. shall provide to the Court a copy of the decision of the Judicial Panel on Multidistrict Litigation within ten (10) days of the date of issuance. If the Judicial Panel on Multidistrict Litigation does not order transfer of the above-captioned actions, then this stay shall terminate, and the Court shall thereafter consider the Defendants' Motion to Stay or Transfer Pending Resolution of Issues by the Eastern District of Texas, or, in the Alternative, Motion to Dismiss (D.I. 16).

_____
THE HONORABLE LEONARD P. STARK

# OBERLY, JENNINGS & RHODUNDA, P.A.

1220 Market Street - Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan
Chandra J. Rudloff

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

January 21, 2008

<u>Via CM/ECF</u>
The Honorable Leonard P. Stark
United States District Court
844 North King Street, Room 2325
Lock Box 26
Wilmington, DE 19801

    Re:    **Heidelberg USA, Inc. v. Screentone Systems Corp., et al.,
C.A. No. 07-601-GMS-LPS**

            **Konica Minolta Business Solutions U.S.A., Inc. v. Screentone Systems Corp.,
et al., C.A. No. 07-602-GMS-LPS**

Dear Judge Stark:

       In accordance with the Court's instruction, I enclose for Your Honor's consideration a proposed Unopposed Order Staying Proceedings to which all parties in the above-captioned cases have agreed. I am available at the convenience of the Court to answer any questions.

                                   Respectfully submitted,

                                   KAREN V. SULLIVAN (No. 3872)

KVS/alv
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk (via Hand Delivery)
       Steven J. Balick, Esquire (via CM/ECF)
       Thomas C. Grimm, Esquire (via CM/ECF)