**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| HEIDELBERG USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07-601-GMS |
| SCREENTONE SYSTEMS CORPORATION, ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, and PAUL S. SNYPP, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

**PLEASE TAKE NOTICE THAT**, Edward R. Nelson, III, counsel admitted pro hac vice for Defendants in the above-captioned case has changed firms. Mr. Nelson's new information is as follows:

Nelson Bumgardner Casto, P.C.
5601 Bridge Street, Suite 300
Ft. Worth, TX 76112
Telephone: 817-377-9111
Facsimile: 817-377-3494
Email: enelson@nbclaw.net

Please revise your records accordingly.

OBERLY, JENNINGS & RHODUNDA, P.A.

 /s/ Karen V. Sullivan
Karen V. Sullivan (No. 3872)
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE  19899
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile
ksullivan@ojlaw.com

  -and-

Edward R. Nelson, III
Texas State Bar No. 00797142
Nelson Bumgardner Casto, P.C.
5601 Bridge Street, Suite 300
Ft. Worth, TX 76112
(817) 377-9111 – Telephone
(817) 377-3494 – Facsimile
enelson@nbclaw.net

  -and-

David Skeels
Texas State Bar No.  24041925
Friedman, Suder & Cooke
604 East 4th Street, Suite 200
Fort Worth, TX 76102
(817) 334-0400 - Telephone
(817) 334-0401 - Facsimile

Attorneys for Defendants Screentone Systems Corporation, Acacia Patent Acquisition Corporation, Acacia Research Corporation and Paul S. Snypp