IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDELBERG USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCREENTONE SYSTEMS )<br>CORPORATION, ACACIA PATENT )<br>ACQUISITION CORPORATION, )<br>ACACIA RESEARCH CORPORATION, )<br>and PAUL S. SNYPP, )<br>)<br>Defendants. ) | Case No. 07-601-GMS |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION

PLEASE TAKE NOTICE, that effective May 1, 2008, the undersigned counsel's firm affiliation and contact information was changed as follows:

Karen V. Sullivan
WolfBlock LLP
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-6928 - Telephone
(302) 778-8906 - Facsimile
ksullivan@wolfblock.com

Please revise your records accordingly.

WOLFBLOCK LLP

_____
Karen V. Sullivan (No. 3872)
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-6928 - Telephone
(302) 778-7908 - Facsimile
*Attorney for Defendants Screentone Systems Corporation, Acacia Patent Acquisition Corporation, Acacia Research Corporation and Paul S. Snypp*

Dated: May 21, 2008